UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DeANTHONY WITCHER,

   Plaintiff,

Case No. 04-71815

USDC Hon: Gerald E. Rosen

v.

Magistrate Judge: Morgan

CITY OF DETROIT; DWIGHT PEARSON, ANTHONY JOHNSON, ANTHONY JACKSON, CRAIG THOMAS, JAMES FISHER, BARBARA SIMON, WILLIAM RICE, DAVID MOORE, GERALD THOMAS, KEN GARDNER, MARNIE WILSON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,

   Defendants.

| CHRISTOPHER J. TRAINOR (P-42449) | MICHAEL M. MULLER (P-38070) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| 6557 Highland Road, Suite 105 | 1650 First National Building |
| Waterford, MI 48327 | Detroit, MI 48226 |
| (248) 886-8650 | (313) 237-5052 |

## ANSWER TO COMPLAINT ON BEHALF OF BARBARA SIMON

NOW COMES Defendant, Barbara Simon, and in answer to Plaintiff's Complaint, states as follows:

### FIRST DEFENSE

Defendant officer is protected from liability on the plaintiff's state-law claims by governmental or official immunity. At all relevant times: these defendants were employees of the City of Detroit, a governmental agency; these defendants were acting or reasonably believed they were acting within the scope of their authority; the City of Detroit was engaged in a governmental

function.

## SECOND DEFENSE

The plaintiff has failed to state a claim against defendant upon which relief can be granted.

## THIRD DEFENSE

Any injury suffered by the plaintiff was proximately caused by his own conduct, negligence and other wrongdoing/conduct, including serious wrongdoing that gives rise to the wrongful-conduct defense as well as the comparative negligence defense.

## FOURTH DEFENSE

The arrest of the plaintiff and/or search of plaintiff was supported by probable cause, exigent circumstances and/or a valid warrant.

## FIFTH DEFENSE

To the extent, if any, that this defendant or anyone acting at the direction of or in concert with this defendant used force against plaintiff, defendant acted in self defense.

## SIXTH DEFENSE

To the extent, if any, that this defendant or anyone acting at the direction of or in concert with this defendant used force against the plaintiff, each such use of force was privileged and lawful because the force was reasonably applied in the execution of a lawful arrest and/or search or in the lawful performance of other police duties.

## SEVENTH DEFENSE

At all relevant times this defendant acted with objective good faith and is therefore immune from liability on the plaintiff's federal civil rights claims under the doctrine of qualified immunity.

## EIGHTH DEFENSE

The applicable statutes of limitation lapsed on some or all of plaintiff's claims prior to filing of their complaint. Specifically, and all 4th Amendment claims for false arrest and/or imprisonment are barred by the 3 year statute of limitations.

## NINTH DEFENSE

Plaintiff has no 14th Amendment due process claim for malicious prosecution because such claim is governed solely by the 4th Amendment pursuant to Albright v. Oliver, 510 U.S. 266 (1994).

## TENTH DEFENSE

Defendant, City of Detroit is protected from liability on the plaintiff's state-law claims by governmental or official immunity. At all relevant times the City of Detroit was a governmental agency, and all conduct set forth in plaintiff's complaint arose out of activities expressly and/or impliedly mandated or authorized by Constitution, Statute and/or law such that the same were and are governmental functions. The Detroit Police were engaged in the governmental function of law enforcement. MCLA 691.1407(2).

## ELEVENTH DEFENSE

That defendant, City of Detroit did not have or otherwise adopt any customs, policies and/or procedures which caused or otherwise were the moving force behind any constitutional violations alleged in plaintiff's complaint, nor did any such alleged customs, policies and/or procedures originate from a decision maker with final policy making authority. Further, this defendant did not ratify, accept and/otherwise condone any constitutional violations alleged in plaintiff's complaint. Finally, this defendant did not act with deliberate indifference as to known or obvious consequences with respect to the activities alleged in plaintiff's complaint and/or as to any constitutional violations, nor is there any widespread practice of constitutional violations and/or failure to take

corrective action regarding the same.

## TWELFTH DEFENSE

That any and all training and/or discipline provided by defendant was adequate to the tasks defendant officer was to perform. Moreover, in the event that there were any inadequacies, the same were not due to the deliberate indifference of this defendant. Finally, the alleged inadequacies were not the actual/proximate cause of plaintiff's injury, nor were they caused the constitutional deprivation as alleged by plaintiff.

## THIRTEENTH DEFENSE

Plaintiff has no claim for malicious prosecution because there was probable cause for plaintiff's arrest, and defendant officer made full and fair disclosure to the APA. Defendant officer owned no duty whatsoever to conduct any further investigation once facts giving rise to probable cause for plaintiff's arrest existed. At no time did any defendant officer make knowingly false statements or knowingly swear to false facts in order to obtain a warrant, and mere negligence is insufficient as a matter of law for the purpose of establishing 4th Amendment violations. Defendant officer did not instigate prosecution for a purpose other than to bring plaintiff to justice and/or with malice.

## FOURTEENTH DEFENSE

This defendant denies the allegations contained in paragraphs 13, 14, 15, 16, 17, 19, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 36, 37, 38, 40, 41, 42, 43, 46, 47, 48, 49, 50, 51, 52, 53, 55, 56, 57, 58, 60, 61, 62, 63, 64, 66 and 67 for the reason that the same are inaccurate and/or untrue. Defendant admit the allegations contained in paragraph 2. Defendant neither admit nor deny the rest and remainder of the allegations contained in plaintiff's complaint, and leave plaintiff to his proofs.

## RESERVATION OF ADDITIONAL DEFENSES

This defendant reserve the right to plead such additional defenses as may become known through research, investigation, discovery or otherwise.

**WHEREFORE**, defendant, Barbara Simon, respectfully demands dismissal of the plaintiff's claims or judgment of no cause of action on those claims, together with attorney fees and costs so wrongfully incurred.

Dated: September 15, 2004

MICHAEL M. MULLER (P-38070)
Senior Assistant Corporation Counsel
660 Woodward Ave., Suite 1650
Detroit, MI 48226
(313) 237-5052

## RELIANCE ON JURY DEMAND

This defendant relies upon the demand for jury trial previously filed by plaintiff.

Dated: September 15, 2004

MICHAEL M. MULLER (P-38070)
Senior Assistant Corporation Counsel
660 Woodward Ave., Suite 1650
Detroit, MI 48226
(313) 237-5052

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DeANTHONY WITCHER,

        Plaintiff,

Case No. 04-71815

USDC Hon: Gerald E. Rosen

v.

Magistrate Judge: Morgan

CITY OF DETROIT; DWIGHT PEARSON,
ANTHONY JOHNSON, ANTHONY JACKSON,
CRAIG THOMAS, JAMES FISHER, BARBARA
SIMON, WILLIAM RICE, DAVID MOORE,
GERALD THOMAS, KEN GARDNER,
MARNIE WILSON, IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES,

        Defendants.

| CHRISTOPHER J. TRAINOR (P-42449) | MICHAEL M. MULLER (P-38070) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| 6557 Highland Road, Suite 105 | 1650 First National Building |
| Waterford, MI 48327 | Detroit, MI 48226 |
| (248) 886-8650 | (313) 237-5052 |

## PROOF OF SERVICE

The undersigned certifies that a copy of **Defendant, Barbara Simon's Answer to Plaintiff's Complaint and this Proof of Service** were served on the attorney of record of all parties to the above cause by mailing the same to them at their respective addresses as disclosed by the pleading of record herein, with postage fully prepaid thereon on **September 15, 2004.**

I declare that the statements above are true to the best of my information knowledge and belief.

                                            _/s/ Ann Daniels_
                                            **Ann Daniels**